**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 2910 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 114 DB 2022 |
| SCOTT ERIC DIAMOND | : | |
| | : | (United States District Court for the |
| | : | Eastern District of Pennsylvania, Case |
| | : | No. 2:22-cr-206) |
| | : | |
| | : | Attorney Registration No. 44449 |
| | : | |
| | : | (Philadelphia) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2022, upon consideration of the responses to a rule to show cause why Scott Eric Diamond should not be placed on temporary suspension, the Rule is made absolute, and Scott Eric Diamond is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.

    Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of any charges underlying this Order pursuant to Pa.R.D.E. 214(d)(4) and (f)(2) are specifically preserved.